# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 17, 2016

153472

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

CURTIS JACKSON,
      Plaintiff-Appellee,

v

SC: 153472
COA: 324600
Ct of Claims: 14-000097-MP

MADISON SUTHERLAND,
      Defendant,
and

ERICA HUSS,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the February 23, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 17, 2016



Clerk

t1110